UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS SCOTT BOENZI,

        Plaintiffs,

    v.

COUNTY OF NAPA, et al.,

        Defendants.

Case No. 26-cv-00516-AGT(AGT)

**REPORT AND RECOMMENDATION**

Nicholas Scott Boenzi hasn't filed an amended complaint, and the April 10, 2026, deadline to do so has now passed. For the reasons identified in the prior screening order, dkt. 9, the undersigned (i) requests that the Clerk of the Court reassign Boenzi's case to a district judge and (ii) recommends that the district judge dismiss Boenzi's complaint. The under-signed recommends dismissal without leave to amend. *See* 28 U.S.C. § 1915(e)(2)(B).

Boenzi may object to this recommendation, but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

    **IT IS SO ORDERED.**

Dated: April 21, 2026

Alex G. Tse
United States Magistrate Judge