UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS SCOTT BOENZI,<br><br>        Plaintiff.<br><br>    v.<br><br>COUNTY OF NAPA, et al.,<br><br>        Defendants. | Case No. 3:26-cv-00516-CRB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 14 |

Plaintiff has filed a Motion to Proceed *In Forma Pauperis on Appeal*. Having considered the motion the Court hereby **GRANTS** Plaintiff's application.

**IT IS SO ORDERED.**

Dated: May 21, 2026

_____

CHARLES R. BREYER
United States District Judge