United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS SCOTT BOENZI,
Plaintiff,

v.

COUNTY OF NAPA, et al.,
Defendants.

Case No. 26-cv-00516-CRB

**ORDER GRANTING MOTION TO ALTER JUDGMENT**

The Court dismissed Plaintiff's case on May 14, 2026. See Order (dkt. 13). Despite failing to prosecute for almost two months and missing court deadlines, Plaintiff now moves to alter the judgment and seeks leave to file an amended complaint. Mot. (dkt. 16). Plaintiff argues that his failure to prosecute was excusable neglect, based on his efforts to litigate a parallel state court action. Id. at 3. Given Plaintiff's pro se and in forma pauperis status, as well as the early stage of the case, the Court **GRANTS** Plaintiff's motion. See Fed. R. Civ. P. 60(b)(1) (permitting relief from final judgment based on excusable neglect).[1] Plaintiff may file an amended complaint within 30 days of this order. Plaintiff may not continue to advance claims already foreclosed by the Court's initial dismissal order.

**IT IS SO ORDERED.**

Dated: July 16, 2026

CHARLES R. BREYER
United States District Judge

[1] The Court cautions Plaintiff that a further failure to prosecute may result in dismissal.