NICHOLAS SCOTT BOENZI
PLAINTIFF IN PRO PER
P.O. BOX 53002
LOS ANGELES, CA 90053
EMAIL: NICKBOENZI@PROTON.ME
STATE BAR NO.: NONE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NICHOLAS SCOTT BOENZI,

Plaintiff,

v.

COUNTY OF NAPA, et al.,

Defendants.

Case No. 3:26-cv-00516-CRB

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE TIME**

Judge: Hon. Charles R. Breyer

**[~~PROPOSED~~] ORDER**

Good cause appearing, Plaintiff's Motion to Change Time under Civil Local Rule 6-3 is GRANTED. Plaintiff's oppositions to the motions to dismiss (Dkts. 29 and 31) shall be filed by November 16, 2026. Replies shall be filed by December 14, 2026. The hearing on both motions remains set for January 15, 2027 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 21, 2026

HON. CHARLES R. BREYER
United States District Judge