NICHOLAS SCOTT BOENZI
PLAINTIFF IN PRO PER
P.O. BOX 53002
LOS ANGELES, CA 90053
EMAIL: NICKBOENZI@PROTON.ME
STATE BAR NO.: NONE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHOLAS SCOTT BOENZI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF NAPA, et al.,<br>Defendants. | Case No. 3:26-cv-00516-CRB<br><br>**JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTIONS TO DISMISS (DKTS. 29, 31)** : ORDER **(Civil L.R. 6-2)**<br><br>Hearing: January 15, 2027, 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

Plaintiff Nicholas Scott Boenzi; Defendant Robert E. Fleshman, Court Executive Officer of the Superior Court of California, County of Napa; and Defendants County of Napa and Napa County District Attorney's Office (together, "the parties") stipulate as follows:

1. On October 6, 2026, Defendant Fleshman filed a motion to dismiss (Dkt. 29). On October 7, 2026, Defendants County of Napa and Napa County District Attorney's Office filed a motion to dismiss the Second Amended Complaint (Dkt. 31). Under Civil

Local Rule 7-3, Plaintiff's oppositions are currently due October 20, 2026 (Dkt. 29) and October 21, 2026 (Dkt. 31).

2. On October 6, 2026, Defendants County of Napa and Napa County District Attorney's Office filed a motion to dismiss (Dkt. 30). On October 7, 2026, those Defendants re-filed the motion to correct a clerical error in submission (Dkt. 31). The parties agree that Dkt. 31 is the operative motion and that no separate response to Dkt. 30 is required.

3. On October 13, 2026, the Court reset the hearing on the motions to dismiss to January 15, 2027 at 10:00 a.m. (Dkt. 32).

4. The parties agree to the following schedule for both motions (Dkts. 29 and 31), which does not change the January 15, 2027 hearing date: Plaintiff's oppositions shall be filed by November 16, 2026, and Defendants' replies shall be filed by December 14, 2026.

5. On October 19, 2026, Plaintiff filed a Motion to Change Time under Civil Local Rule 6-3 (Dkt. 33) seeking this same schedule. The accompanying declaration describes previous modifications of time in this action. If the Court approves this stipulation, the parties agree that the Rule 6-3 motion is moot. The requested modification would not affect any other date in the case.

IT IS SO STIPULATED.

Dated: October 20, 2026 /s/ Nicholas Scott Boenzi

NICHOLAS SCOTT BOENZI, Plaintiff in Pro Per

Dated: October 20, 2026 BEST BEST & KRIEGER LLP

/s/ Matthew L. Green

MATTHEW L. GREEN

Attorneys for Defendant Robert E. Fleshman, Court Executive Officer of the Superior Court of California, County of Napa

Dated: October 20, 2026 BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

/s/ Benjamin I. Oreper

BENJAMIN I. OREPER / ETHAN M. LOWRY

Attorneys for Defendants County of Napa and

Napa County District Attorney's Office

**ATTESTATION (Civil L.R. 5-1(i)(3))**

I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Nicholas Scott Boenzi

NICHOLAS SCOTT BOENZI
PLAINTIFF IN PRO PER
P.O. BOX 53002
LOS ANGELES, CA 90053
EMAIL: NICKBOENZI@PROTON.ME
STATE BAR NO.: NONE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

NICHOLAS SCOTT BOENZI,

Plaintiff,

v.

COUNTY OF NAPA, et al.,

Defendants.

Case No. 3:26-cv-00516-CRB

**[~~PROPOSED~~] ORDER ON JOINT STIPULATION MODIFYING BRIEFING SCHEDULE ON MOTIONS TO DISMISS (DKTS. 29, 31)**

(Civil L.R. 6-2)

Hearing: January 15, 2027, 10:00 a.m.

Judge: Hon. Charles R. Breyer

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS ORDERED that Plaintiff's oppositions to the motions to dismiss filed by Defendant Robert E. Fleshman (Dkt. 29) and by Defendants County of Napa and Napa County District Attorney's Office (Dkt. 31) shall be filed by November 16, 2026, and Defendants' replies shall be filed by December 14, 2026. No separate response to Dkt. 30 is required. The hearing remains set for January 15, 2027 at 10:00 a.m. Plaintiff's Motion to Change Time under Civil Local Rule 6-3 (Dkt. 33) is DENIED as moot.

IT IS SO ORDERED.

Dated: October 21, 2026

HON. CHARLES R. BREYER

United States District Judge